UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT L. FRANKLIN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>D.O.C., KIM DOTSON, DR.<br>SMITH and SANDRA CONNER,<br><br>                    Defendants. | NO.  CV-07-257-LRS<br><br>ORDER TO DENY *IN FORMA PAUPERIS*<br>STATUS AND DISMISS ACTION |

     By Order filed October 23, 2007, the court directed Mr. Franklin to comply with 28 U.S.C. § 1915(a)(2) which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint.  Plaintiff was cautioned that failure to do so would result in denial of leave to proceed *in forma pauperis* and closure of the file.  He did not comply.

     Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

///

///

ORDER TO DENY *IN FORMA PAUPERIS* STATUS AND DISMISS ACTION – 1

1    **IT IS SO ORDERED.**   The District Court Executive is directed to

2  enter this Order, enter judgment, forward a copy to Plaintiff at his

3  last known address and close the file.

4    **DATED** this____7th____day of January, 2008.

5

6                                      *s/Lonny R. Suko*
                                  _____
7                                   LONNY R. SUKO
                                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER TO DENY *IN FORMA PAUPERIS* STATUS AND DISMISS ACTION – 2