AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Robert L. Franklin

v.

D.O.C., Kim Dotson, Dr. Smith and Sandra Conner

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-257-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Plaintiff's application to proceed in forma pauperis is DENIED and the Complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with filing fee requirements.

01/07/08
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson